FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 13 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:___

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DESHAWN ELECIA JOHNSON )<br>)<br>Defendant. ) | 2:03-CR-0011-RLH-LRL-1 |

### ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#29), sentencing having been imposed on January 30, 2004. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: FDIC RESTITUTION PAYMENTS
Amount of Restitution: $43,161.92

**Total Amount of Restitution ordered: $43,161.92**

Dated this __11th__ day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE